Form 2100B (12/15)

# United States Bankruptcy Court
# Northern District of Oklahoma

IN RE:

**Robert James Anderson**             Case No.: 20–10285–M
                                             Chapter: 13

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 10 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/31/22.

**Alleged Transferor**

```
Mortgage Solutions of Colorado, LLC
dba Mortgage Solutions Financial
500 S. Broad St. Suite 100A
Meriden, Connecticut 06450
```

**Transferee**

```
Servis One, Inc.
DBA BSI Financial Services
1425 Greenway Drive
Suite 400
Irving, TX 75038
```

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

**Dated:** February 1, 2022                                **SUSAN FRISCH**
                                                                           **CLERK, U.S. BANKRUPTCY COURT**